TEMPLETON, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by William H. Templeton against Ira C. Brown, as president, etc. No opinion. Motion denied.

THEBAUD et al., Respondents, v. PHENIX INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Edward V. Thebaud and others against the Phenix Insurance Company. Lawrence Kneeland, for appellant. Isek Cowan, for respondents. No opinion. Judgment affirmed with costs, on authority of Thebaud v. Insurance Co., 155 N. Y. 516, 50 N. E. 284.

THOMPSON, Appellant, v. RICHARDSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Nancy A. Thompson against William H. Richardson and others. No opinion. Judgment and order affirmed, with costs.

TOPLITZ, Appellant, v. LEVERING et al., Respondents. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by George Toplitz against William M. Levering and another. W. F. Severance, for appellant. J. Larkin, for respondents. No opinion. Order affirmed with $10 costs and disbursements.

TRACY et al. v. FALVEY. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Alberta P. Tracy and another against Catharine Falvey, individually, etc. No opinion. Motion granted.

TRACY et al. v. KIRCHER et al. SAME v. FREY. SAME v. FALVEY. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Alberta P. Tracy and another against Louis H. Kircher and others. No opinion. Motion to correct papers granted.

In re TRIMM. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) In the matter of the adoption of Matilda Trimm (otherwise known as Katie Hoefle) by John N. Hoefle and Barbara C. Hoefle. No opinion. Order affirmed, without costs. All concur, except WARD, J., not voting.

TROWBRIDGE v. GANS. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by James A. Trowbridge against Albert E. Gans. No opinion. Motion granted, with $10 costs.

In re TWELFTH WARD PARK. In re BARILATI. (Supreme Court, Appellate Division, First Department. December 30, 1898.) In the matter of Twelfth Ward Park. In the matter of Barilati. No opinion. Application denied.

In re TWELFTH WARD PARK. In re CUIFFI. (Supreme Court, Appellate Division, First Department. December 30, 1898.) In the matter of the Twelfth Ward Park. In the matter of Cuiffi. No opinion. Motion denied.

In re TWELFTH WARD PARK. In re DELLAGLIO. (Supreme Court, Appellate Division, First Department. December 16, 1898.) In the matter of Twelfth Ward Park. In the matter of Dellaglio. No opinion. Guardian ad litem for infants must be appointed.

UNITED STATES TRUST CO., Respondent, v. McMAHON, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by the United States Trust Company of New York against Dennis McMahon. No opinion. Order affirmed, with $10 costs and disbursements.

VALENTINE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Elizabeth M. Valentine, as executrix, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

VANDEGRIFT v. COWLES ENGINEERING CO. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Frederick B. Vandegrift against the Cowles Engineering Company. No opinion. Motion denied, with $10 costs. See 53 N. Y. Supp. 478.

VOLKOMMER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Andrew Volkommer, an infant, by Carrie Volkommer, his guardian ad litem, against the Nassau Electric Railroad Company. Henry Yonge (Clarence J. Shearn, on the brief), for appellant. Edward J. McCrossin, for respondent.

WOODWARD, J. Upon a previous trial of this action, which is brought to recover damages for personal injuries due to the alleged negligence of the defendant, the jury found for the plaintiff, on which a judgment was entered for $16,875. On appeal to this court the facts were considered, and we came to the conclusion that, "We are not prepared to say that there was any error committed at the trial which would authorize us to set aside the verdict," and that "the order denying the defendant's motion for a new trial on newly-discovered evidence should be reversed, and a new trial granted, upon defendant's paying to the plaintiff, within ten days, the trial fee and disbursements of the trial, and one-half of the extra allowance granted by the court, in which case the appeal from the judgment is dismissed, without costs; but, if the defendant fails to make such payment within the time aforesaid, then the judgment and orders appealed from should be affirmed, with costs." 23 App. Div. 88, 48 N. Y. Supp. 372. The defendant has had a second trial, with an opportunity to avail itself of all the newly-discovered evidence, and the jury has a second time found the facts in favor of the plaintiff, and has returned a verdict for $15,000. The